Ray K. Shahani, Esq.          SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Plaintiff
NATURAL WELLNESS CENTERS OF AMERICA


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, a California corporation | Case No:          C 11-02712 JCS |
| Plaintiff, | MOTION ON CONSENT TO EXTEND DEADLINE AND [PROPOSED] ORDER |
| vs. | |
| RICHARD L. BECKER, a Texas resident; CINDY BECKER, a Texas resident; BIO INNOVATIONS, LP, a Texas domestic limited partnership, and DOES 1-10 | |
| Defendants. | |


MOTION ON CONSENT TO EXTEND DEADLINE

Plaintiff NATURAL WELLNESS CENTERS OF AMERICA, by and through its

counsel, hereby moves for an order extending time by twenty (20) days from the date originally

due for all Defendants to file and serve Plaintiff with an answer to the complaint or other

responsive pleading. The reason for this extension is that parties need more time to negotiate a

potential settlement agreement.


RAY K. SHAHANI
ATTORNEY AT LAW

Dated: June 29, 2011          By:          /S/ Ray K. Shahani
                                            Ray K. Shahani, Esq.
                                            Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED the motion is GRANTED. All Defendants shall have additional twenty (20) days from the date originally due to file an answer to the complaint or other responsive pleading.

IT IS SO ORDERED.


Dated:  June 30, 2011

United _____
Hon_____

Judge Joseph C. Spero

///

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF SAN MATEO

I am employed in the county of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is Twin Oaks Office Plaza, 477 Ninth Avenue, Suite 112, San Mateo, CA 94402-1854.

On __June 29, 2011__, I served the foregoing document described as :

      1.     MOTION ON CONSENT TO EXTEND DEADLINE AND [PROPOSED] ORDER

on parties on the mailing list.

_____ by placing the true cop(ies) thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

**_____ BY MAIL**
    I deposited such envelope in the mail in San Mateo, California. The envelope was mailed with postage thereon fully prepaid.

**__X__ BY ELECTRONIC MAIL**
    I caused each document to be sent by Electronic Mail to the email address(es) indicated in the mailing list.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at SAN MATEO, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Mailing List:

| | |
|---|---|
| Attorney(s) for Richard L. Becker, Cindy Becker and Bio Innovations, LP:<br>Matt Molash<br>Shupe Ventura Lindelow & Olson, PLLC<br>500 Main Street, Suite 800<br>Fort Worth, Texas 76102<br>Tel: 817.405.9939<br>Fax: 214.329.9258<br>Email: matt.molash@svlandlaw.com | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on __June 29, 2011__, at San Mateo, California.

                                /Leo Lai/
                                LEO K. LAI